IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEE HUNT, Personal Representative
For the Estate of Henry Totter, deceased

       Plaintiff,

    vs.                      NO. 16 cv 00785 MCA/GBW

THE UNITED STATES OF AMERICA,

       Defendant.

## **STIPULATION OF DISMISSAL**

Plaintiff and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with each party to bear its own costs. This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        JAMES D. TIERNEY
        Acting United States Attorney

        */s/ Electronically filed April 27, 2017*
        ROBERTO D. ORTEGA
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, NM 87103
        505.346.7274
        Roberto.ortega@usdoj.gov

        and

        */s/ Electronic approval April 27, 2017*
        CHRISTOPHER J. DELARA
        GUEBERT BRUCKNER, P.C.
        P.O. Box 93880
        Albuquerque, NM   87199-3880
        505-823-2300
        *Attorney for Plaintiff*